## CROOKS v. STATE.

### No. 26274.

Court of Criminal Appeals of Texas.

Feb. 25, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Judge.

The conviction is for the offense of driving a motor vehicle while intoxicated, the punishment being a fine of $50.

No statement of facts or bills of exception are brought forward in the record and the proceedings appear to be regular.

The judgment is affirmed.